

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,           )  <br>                                                                 )  <br>            Plaintiff,                              )  <br>                                                                 )  <br>    v.                                                       )   Criminal Action No.  06-65 <br>                                                                 )  <br> DAMIEN CUFFY and                     )  <br> WILLIAM PARSON,                       )  <br>                                                                 )  <br>            Defendants.                       )  | |

## MOTION AND ORDER TO UNSEAL

NOW COMES the United States of America, by and through its undersigned counsel, and hereby moves this Honorable Court to unseal the entire file as to the above-captioned defendants.

COLM F. CONNOLLY  
United States Attorney

By: _____ for EF  
Edmond Falgowski  
Assistant United States Attorney

Dated:

IT IS SO ORDERED this __23__ day of __June_____, 2006.

_____  
HONORABLE MARY PAT THYNGE  
United States Magistrate Court

FILED  
JUN 23 2006  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE