IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-65 |
| ) | |
| DAMIEN CUFFY, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

   \_\_\_\_\_ Crime of violence (18 U.S.C. § 3156)

   \_\_\_\_\_ Maximum sentence life imprisonment or death

   \_\_\_\_\_ 10+ year drug offense

   \_\_\_\_\_ Felony, with two prior convictions in above categories

   __X__ Serious risk defendant will flee

   \_\_\_\_\_ Serious risk obstruction of justice

FILED
JUN 2 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

   __X__ Defendant's appearance as required

   __X__ Safety of any other person and the community

3. **Rebuttable Presumption**. The United States (will / will not) invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

   _____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

   _____ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

   _____ At first appearance

   __X__ After continuance of __3__ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

   _____ 1. At the time the offense was committed the defendant was:

   _____ (a) on release pending trial for a felony;

    \_\_\_ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

    \_\_\_ (c) on probation or parole for an offense.

\_\_\_ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

\_\_\_ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

_____

DATED this **23rd** day of **June**, 2006.

                                                     COLM F. CONNOLLY
                                                   United States Attorney

                                                   By: _____
                                                   Edmond Falgowski
                                                   Assistant United States Attorney