AO 442 (Rev. 10/03) Warrant for Arrest

# United States District Court

District of **DELAWARE**

UNITED STATES OF AMERICA

V.

DAMIAN L. CUFFY

**WARRANT FOR ARREST**

Case Number: CR 06-65-2-UNA

~~SEALED~~ UNSEALED 6/23/06 KJK

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **DAMIAN L. CUFFY**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with (brief description of offense)

POSSESSION OF A FIREARM BY A FELON



FILED JUN 23 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

in violation of Title __18__ United States Code, Section(s) __922(g)(1) and 924(a)(2)__

PETER T. DALLEO
Name of Issuing Officer

BY: _[signature]_ ; DEPUTY CLERK
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

6/6/2006 AT WILMINGTON, DE
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Damian L. Cuffy

| DATE RECEIVED 6/6/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/23/06 | Toby M. Conrad DUSM | _[signature]_ T.M.C. |