IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-65-2 GMS |
| | : |
| DAMIAN L. CUFFY | : |
| | : |

**NOTICE OF RESCHEDULING**

IT IS HEREBY ORDERED that the sentencing hearing regarding the above-named defendant is rescheduled to **Monday, December 11, 2006, at 2:00 p.m.** before the Honorable Gregory M. Sleet, United States District Judge, United States Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, DE 19801.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

November 29, 2006