5-26-07

TO: District Clerk

CR 06-65 (2)

My name is Damien Cuffy 05119-015. I am currently being held at Allenwood Penitary Penitentary. I request a copy of the complete version of my Judgement of Commitment and the statements of reasons. If possible that would be greatly Appriciated.

CASE # 06CR00065-002

Thank you,

Damien L. Cuffy

Damien L. Cuffy 05119-015
USP Allenwood
P.O. Box 3000
White Deer, PA 17887



FILED
JUN -6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

DARREN COTH O5189015
US PENITENTIARY ALLENWOOD
PO BOX 3000
WHITE DEER, PA 17887

HARRISBURG PA 171
04 JUN 2007 PM 1 T

Office of the Clerk
United States District Court
844 N. King Street, lockbox 18
Wilmington, Delaware 19801-3570