OFFICE OF THE CLERK
### UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

June 6, 2007

TO:  Damien Cuffy
     05119-015
     USP Allenwood
     P.O. Box 3000
     White Deer, PA 17887

   **RE:  *Request for Copy of Judgment,* CR 06-65(GMS)**

Dear Mr. Cuffy:

   A letter has been received by the Clerk's office from you requesting a copy of the judgment from the above noted civil action.

   Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. ***A copy of the judgment(DI 44) is enclosed, free of charge for this request only. Should you require copies (including docket sheets) in the future***, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/ead                                    PETER T. DALLEO
                                        CLERK

cc:  The Honorable Gregory M. Sleet
enc: Judgment (DI 44)